In the Matter of the Arbitration between LEVINE BROS. IRON WORKS CORPORATION, Respondent, and CONSTITUTION SQUARE, INC., Appellant.—

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.